UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE MARSHALL & MELHORN, LLC | ) | Case No. 3:23-cv-01181 |
| DATA BREACH LITIGATION | ) | |
| | ) | Judge James R. Knepp, II |
| This Document Relates to: All Actions | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

The parties wish to advise the Court that they have reached an agreement in principle to settle this matter.  Plaintiffs will submit for the Court's consideration a Motion for Preliminary Approval of Class Action Settlement within 30 days, or by June 24, 2024.

Dated: May 23, 2024

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

/s/ Jonathan L. Schwartz
Attorney for Defendant

Jonathan L. Schwartz
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
jonathan.schwartz@fmglaw.com