# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE MARSHALL & MELHORN, LLC DATA BREACH LITIGATION | Case No. 3:23-cv-01181 |
| | Judge James R. Knepp, II |
| This Document Relates to: All Actions | |

## JOINT MOTION FOR 21-DAY EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN

The Parties hereby respectfully request a 21-day extension to submit Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Notice Plan. The current deadline is June 24, 2024. Under the proposed extension, the new deadline would be July 15, 2024. For cause, the Parties have exchanged a draft settlement agreement and exhibits to the settlement agreement and are continuing to make progress in finalizing the settlement. Additional time will enable the Parties to fully address each issue necessary for resolution of this matter. The Parties certify this requested extension is not for purposes of undue delay and is the first extension sought.

Date: June 24, 2024

Respectfully submitted,

**For Plaintiffs and the Putative Class**

**CHESTNUT CAMBRONNE PA**

/s/ *Philip J. Krzeski*
Philip J. Krzeski (0095713)
100 Washington Ave. South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*pkrzeski@chestnutcambronne.com*

**For Defendant**

**FREEMAN MATHIS & GARY, LLPW**

/s/ *Jonathan L. Schwartz*
Jonathan L. Schwartz
33 N. Dearborn St., Suite 1430
Chicago, IL 60604
Telephone: (773) 389-6440
*Jonathan.Schwartz@fmglaw.com*

**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates (0085579)
Dylan Gould (0097954)
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*


**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*