UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE MARSHALL & MELHORN, LLC DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:23-cv-01181<br><br>Judge James R. Knepp, II |

**JOINT MOTION FOR 21-DAY EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN**

The Parties hereby respectfully request a 21-day extension to submit Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Notice Plan. The current deadline is July 15, 2024. Under the proposed extension, the new deadline would be August 5, 2024. For cause, the Parties have exchanged a draft settlement agreement and exhibits to the settlement agreement and are continuing to make progress in finalizing the settlement. Additional time will enable the Parties to fully address each issue necessary for resolution of this matter. The Parties certify this requested extension is not for purposes of undue delay and is the second extension sought.

Date: July 15, 2024

Respectfully submitted,

By: /s/ Philip J. Krzeski
Philip J. Krzeski (0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*

    Terence R. Coates (0085579)
    Dylan J. Gould (0097954)
    **MARKOVITS, STOCK & DEMARCO, LLC**
    119 East Court Street, Suite 530
    Cincinnati, OH 45202
    Phone: (513) 651-3700.
    Fax: (513) 665-0219
    *tcoates@msdlegal.com*
    *dgould@msdlegal.com*

    Gary M. Klinger (admitted)
    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
    227 W. Monroe Street, Suite 2100
    Chicago, IL 60606
    Phone: (202) 429-2290
    *gklinger@milberg.com*

    ***Attorneys for Plaintiffs and Proposed Class***

    By: /s/ Jonathan L. Schwartz
    Jonathan L. Schwartz (admitted)
    **FREEMAN MATHIS & GARY, LLP**
    33 N. Dearborn St., Suite 1430
    Chicago, IL 60604
    Phone: (773) 389-6440
    *Jonathan.Schwartz@fmglaw.com*

    ***Attorney for Defendant***