UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE MARSHALL & MELHORN, LLC DATA BREACH LITIGATION | ) ) ) | Case No. 3:23-cv-01181 |
| This Document Relates to: All Actions | ) ) ) | Judge James R. Knepp, II |

**JOINT MOTION FOR 21-DAY EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN**

The Parties hereby respectfully request a 10-day extension to submit Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Notice Plan. The current deadline is August 5, 2024. Under the proposed extension, the new deadline would be August 15, 2024. For cause, the Parties continue to narrow the issues to resolve in the settlement agreement and are asking for this final request for an extension to be able to finalize the proposed notice proposed with the proposed settlement administrator. Additional time will enable the Parties to fully address each issue necessary for resolution of this matter. The Parties certify this requested extension is not for purposes of undue delay and will not seek another extension lest extraordinary circumstances.

Date: August 5, 2024

**CHESTNUT CAMBRONNE PA**

/s/ *Philip J. Krzeski*
Philip J. Krzeski (0095713)
100 Washington Ave. South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*pkrzeski@chestnutcambronne.com*

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLPW**

/s/ *Jonathan L. Schwartz*
Jonathan L. Schwartz
33 Dearborn Street, Suite 1430
Chicago, IL 60604
Telephone: (773) 389-6440
*jonathan.schwartz@fmglaw.com*

**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates (0085579)
Dylan Gould (0097954)
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*