# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE MARSHALL & MELHORN, LLC DATA BREACH LITIGATION | Case No. 3:23-CV-01181 |
| This Document Relates to: All Actions. | Judge James R. Knepp, II |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Under Fed. R. Civ. P. 23(e), Plaintiffs Mark Hendrix and Kaitlyn Thiel (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for Preliminary Approval of a proposed class action settlement consisting of a $800,000 non-reversionary common fund.

In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; the Settlement Agreement ("Settlement Agreement") attached as **Exhibit 1**; the Declaration of Terence R. Coates in Support of Preliminary Approval of Class Action Settlement ("Coates Decl.") attached as **Exhibit 2**; the Declaration of Settlement Administrator Simpluris, Inc. ("Simpluris Decl.") attached as **Exhibit 3**; the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court. A Proposed Order Granting Preliminary Approval to the Class Action Settlement is attached as **Exhibit 4**. Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 15, 2024 | /s/ *Phil Krzeski* <br> **CHESTNUT CAMBRONNE PA** <br> Philip J. Krzeski (0095713) <br> 100 Washington Ave. South, Suite 1700 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-7300 <br> Facsimile: (612) 336-2940 <br> *pkrzeski@chestnutcambronne.com* <br><br> **MARKOVITS, STOCK & DEMARCO, LLC** <br> Terence R. Coates (0085579) <br> Dylan Gould (0097954) <br> 119 East Court Street, Suite 530 <br> Cincinnati, OH 45202 <br> Telephone: (513) 651-3700 <br> Facsimile: (513) 665-0219 <br> *tcoates@msdlegal.com* <br> *dgould@msdlegal.com* <br><br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** <br> Gary M. Klinger <br> 227 West Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> Telephone: (866) 252-0878 <br> *gklinger@milberg.com* <br><br> *Counsel for Plaintiffs and the Putative Class* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Phil Krzeski*
Philip J. Krzeski (0095713)