# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MARK HENDRIX**  
*individually and on behalf of all others similarly situated*,

    Plaintiffs,

    v.

**MARSHALL & MELHORN, LLC.,**

    Defendant.

CASE NO. 3:23 CV 1181

JUDGE JAMES R. KNEPP II

**JUDGMENT ENTRY**

The Court, having found the Settlement Agreement to be fair, reasonable, and adequate, approved the parties' Motion for Final Approval of Class Action Settlement on January 13, 2024.

Accordingly, the Court ORDERS this case be DISMISSED, with prejudice. This Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

IT IS SO ORDERED.

                                                         s/ *James R. Knepp II*  
                                                         UNITED STATES DISTRICT JUDGE

                                                         January 14, 2025